**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS HICKS, | |
| Plaintiff-Claimant, | Case No. 3:23-cv-00220-ART-CSD |
| v. | **ORDER GRANTING** |
| TESLA, INC., | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant-Respondent. | |

///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff CARLOS HICKS by and through his counsel of record, the law firm of McCracken, Stemerman & Holsberry, and Defendant TESLA, INC., by and through its counsel of record, the law firm of Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' settlement agreement.

DATED this 26th day of November, 2024.

McCRACKEN, STEMERMAN & HOLSBERRY

_/s/ Sarah Grossman-Swenson_
SARAH GROSSMAN-SWENSON, ESQ.
Nevada Bar No. 11979
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102

*Attorneys for Claimant Carlos Hicks*

JACKSON LEWIS P.C.

_/s/ Joshua A. Sliker_
JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Respondent Tesla, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: November 27, 2024